JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0887 MHP |
| ) | |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER EXCLUDING TIME FROM |
|     v. ) | SPEEDY TRIAL ACT CALCULATION |
| ) | (18 U.S.C. § 3161(h)(7)(A)) |
| CYNTHIA JONES, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

    With the agreement of the parties, and with the consent of defendant Cynthia Jones, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from April 20, 2009, to June 29, 2009.  The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act.  At the April 20, 2009, hearing, the parties requested and the Court set a briefing and argument calendar for one or more motions to be filed by defendant.  Defendant stipulated to this exclusion to allow her counsel time to evaluate, brief, file, and prepare to argue the appropriate motions on behalf of her.  Failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due

1  diligence, in this case.

2      2.    Defendant further stipulated to this exclusion in order to allow time to obtain additional discovery from the government.  Defendant requested additional discovery from the government on April 2.  At the April 20 hearing, the government informed the Court that it was still in the process of responding to the discovery request and expects to produce additional materials to the defendants.  Defendant's counsel will require time to review the materials that the government produces.

    3.    Given these circumstances, the Court found that the ends of justice served by excluding the period from April 20, 2009, to June 29, 2009, outweigh the best interest of the public and the defendant in a speedy trial.  Id. at § 3161(h)(7)(A).

    4.    Accordingly, and with the consent of the defendant, at the hearing on April 20, 2009, the Court ordered that the period from April 20, 2009, to June 29, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A), (B)(i), and (B)(iv).

IT IS SO STIPULATED.

DATED: April 22, 2009        /s/
      ETHAN A. BALOGH
      Attorney for Defendant

DATED: April 22, 2009        /s/
      ANDREW P. CAPUTO
      Assistant United States Attorney

IT IS SO ORDERED.

DATED: __4/27/2009__        _____
      MARILYN H. PATEL
      United States District Judge



2