JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0887 MHP |
|    Plaintiff, ) | |
|     ) | STIPULATION REQUESTING CONTINUANCE OF MOTIONS BRIEFING SCHEDULE, AND [~~PROPOSED~~] ORDER |
|    v. ) | |
| WICKETT MORRIS and CYNTHIA JONES, ) | |
|    Defendants. ) | |

The parties stipulate as follows:

1.    The Court previously set a briefing and hearing schedule on motions to be filed by defendants.  Under that existing schedule, defendants' motions are due on May 25, the government's oppositions are due on June 8, the reply briefs are due on June 15, and the motions are scheduled to come on for hearing on June 29, 2009.

2.    Counsel for the government is currently preparing for two trials.  One trial is scheduled for June 1, with jury selection on May 28.  The other is scheduled for July 6, with a pretrial conference scheduled for June 4 and pretrial filings due on May 28.  Because government counsel will be preparing for both trials during the week of May 25 and in trial during the week of June 1 on the first trial, he has requested a continuance of the briefing deadlines in the instant

STIPULATION AND [PROPOSED] ORDER
CR 08-0887 MHP

1  case. Counsel for the defendants have agreed to the government's request for continuance.
2  Further, defendants have agreed to the revised briefing schedule, as set forth below, to
3  accommodate their other obligations, including for Ms. Jones's counsel, one week when he will
4  be out of the district. While defendants' counsel can file timely their opening briefs and can reply
5  timely to the government's briefs in response if the Court adhered to the schedule originally set,
6  they are unable to respond to the government's opposition papers if the Court rescheduled this
7  matter two weeks out, rather than three weeks, as requested.

8      3.    On these bases, the parties propose the following revised schedule:

9  Opening Briefs due on or before:    June 15, 2009
10 Responsive Briefs due on or before:    June 29, 2009
11 Reply Briefs due on or before:    July 6, 2009
12 Hearing on motions    July 13, 2009, at 10:00 a.m.

13     4.    The parties respectfully request that the Court adopt the above-proposed briefing
14 schedule as its own.

15     5.    The Court has previously excluded time under the Speedy Trial Act through June
16 29, 2009. The filing of defendant's motions will result in an automatic exclusion of time until
17 the motions are resolved. Therefore, the parties perceive no need for a further Speedy Trial Act
18 exclusion at this time.

19     IT IS SO STIPULATED.

20

21 DATED: May 20, 2009        /s/
22         PAUL DELANO WOLF
        Attorney for Defendant Wickett Morris

23

24 DATED: May 20, 2009        /s/
25         ETHAN A. BALOGH
        Attorney for Defendant Cynthia Jones

26

27 DATED: May 20, 2009        /s/
        ANDREW P. CAPUTO
28         Assistant United States Attorney

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. pursuant to stipulation of 2 pages.

DATED: 5/22/2009

_____
MARILYN HALL PATEL
United States District Judge



STIPULATION AND [PROPOSED] ORDER
CR 08-0887 MHP

3