JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0887 MHP |
| Plaintiff, | STIPULATION REQUESTING PROTECTIVE ORDER, AND [PROPOSED] ORDER |
| v. | |
| WICKETT MORRIS and CYNTHIA JONES, | |
| Defendants. | |

     The parties respectfully stipulate as follows:

     1.     The United States expects to call as a witness at trial Deneal Bobo, the undercover FBI source who conducted the crack cocaine purchase charged against defendants in Counts One and Two of the superseding indictment.

     2.     Mr. Bobo has a criminal record.  The United States would like to provide Mr. Bobo's criminal "rap sheet" to defendants in advance of trial.  The parties agree that it is appropriate to restrict disclosure of the rap sheet solely to defendants, defendants' counsel, and any other member of defendants' trial teams, including the investigative firm or any expert witnesses assisting in the preparation of the defense, in the above captioned matter and solely for

PROTECTIVE ORDER STIP. & [PROP.] ORDER
CR 08-0887 MHP

1  use in preparing for and conducting the trial of the above-captioned matter. The parties agree
2  that the persons described in the previous sentence should be barred from distributing Mr.
3  Bobo's rap sheet to any other person or entity. Such persons are also barred from using it for any
4  purpose other than trial in the above-captioned matter.

5       3.    Mr. Bobo has a pending criminal case in this district, <u>United States v. Deneal
6  Bobo</u>, No. CR 08-0618 WHA. The United States represents that Mr. Bobo has entered into a
7  plea agreement with the United States in that pending criminal case and would like to provide a
8  copy of that plea agreement to defendants in advance of trial in the instant case. That plea
9  agreement is under seal. Judge Alsup has recently authorized disclosure of Mr. Bobo's plea
10 agreement to defendants in the instant matter, pursuant to an appropriate protective order. The
11 parties believe that it is appropriate to restrict the disclosure of Mr. Bobo's plea agreement under
12 the same terms as described above concerning the rap sheet – that is, that disclosure of the plea
13 agreement shall be limited to defendants, defendants' counsel, and any other members of
14 defendants' trial teams including any investigators and/or expert witnesses, and that these
15 individuals may use this plea agreement solely for purposes of preparing for and conducting the
16 trial in the above captioned matter.

17      4.    The parties respectfully ask the Court to enter a protective order consistent with
18 this stipulation. A proposed order is set out below.

19     IT IS SO STIPULATED.

20

21 DATED: June 30, 2009             /s/
                                 PAUL WOLF
22                                  Attorney for Defendant

23

24 DATED: June 30, 2009             /s/
                                 ETHAN BALOGH
25                                  Attorney for Defendant

26

27 DATED: June 30, 2009             /s/
                                 ANDREW P. CAPUTO
28                                  Assistant United States Attorney

PROTECTIVE ORDER STIP. & [PROP.] ORDER
CR 08-0887 MHP

**[PROPOSED] ORDER**

Upon consideration of the parties' stipulated request for a protective order, the Court hereby enters the following order:

The United States shall disclose forthwith to defendant's counsel the criminal "rap sheet" for Deneal Bobo. Disclosure of the rap sheet shall be restricted to defendants, defendants' counsel, and any other members of defendants' trial teams in the above-captioned matter. These specified individuals may use the rap sheet solely for purposes of trial in the above-captioned matter and are barred from disclosing it to any other person or using it for any other purpose.

The United States also shall disclose forthwith to defendants' counsel in the instant case the plea agreement entered into by Mr. Bobo in <u>United States v. Deneal Bobo</u>, No CR 08-0618 WHA. Disclosure of the plea agreement shall be restricted to defendants, defendants' counsel, and any other members of defendants' trial teams in the above-captioned matter. These specified individuals may use the plea agreement solely for purposes of trial in the above-captioned matter and are barred from disclosing it to any other person or using it for any other purpose.

IT IS SO ORDERED.

DATED: July 2, 2009

MARILYN HALL PATEL
United States

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

PROTECTIVE ORDER STIP. & [PROP.] ORDER
CR 08-0887 MHP