COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
225 Bush Street, Suite 1600
San Francisco, CA 94104
Direct: 415.439.8347
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
CYNTHIA R. JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WICKETT MORRIS, et al<br><br>Defendants. | Case No.  08-0887 MHP<br><br>STIPULATION AND [PROPOSED] ORDER AUTHORIZING PROTOCOL FOR CLINICAL TOXICOLOGICAL TESTING OF ALLEGED CONTRABAND<br><br>Before the Honorable Marilyn H. Patel<br>United States District Judge |

    Plaintiff United States of America and Defendant Cynthia Jones, by and through their counsel, hereby STIPULATE AND AGREE to the entry of the [Proposed] Order which follows. The parties present this [Proposed] Order to set forth the protocol by which Forensic Analytical Sciences, Inc. will subject the alleged contraband described in Counts One and Two of the Superseding Indictment to toxicological examination.  By "alleged contraband," the parties refer to the four individual bindles of material alleged to contain cocaine base which are alleged to have been obtained by the government's agent during a controlled buy on or about April 11, 2008, as charged in Counts One and Two of the Superseding Indictment.  The parties hereby stipulate and agree that on August 20, 2009, at 10:00 a.m., or an any other mutually convenient

time to which the parties agree, a law enforcement representative of the United States shall deliver the alleged contraband to Judy Stewart of Forensic Analytical Sciences, Inc., located at 3777 Depot Road, Suite 403, Hayward, CA 94545, at which time Ms. Stewart shall then (under supervision by law enforcement and counsel) (1) weigh the alleged contraband, (2) take the minimum sample size from each bindle necessary for the analysis—which shall be "milligrams" and (3) return the remaining alleged contraband to law enforcement to be returned to that agency and re-booked into evidence.  The sample size taken from each bindle shall be that which is minimally sufficient for testing and small enough such that the sample is consumed during the testing.

STIPULATED AND AGREED TO:

| JOSEPH P. RUSSONIELLO | COLEMAN & BALOGH LLP |
| United States Attorney | |
| | |
| By: */s/ William Frentzen* | */s/ E A Balogh* |
| WILLIAM FRENTZEN | ETHAN A. BALOGH |
| Attorneys for the United States | Attorneys for Cynthia Jones |

**Certification**

By signing this pleading on behalf of the parties listed above, the filing party hereby attests that he has express permission to execute this pleading and to file it on behalf of the other party identified.

**[PROPOSED] ORDER**

Based on the Stipulation set forth above, and for good cause shown, IT IS HEREBY ORDERED that the Judy Stewart of Forensic Analytical Sciences, Inc., located at 3777 Depot Road, Suite 403, Hayward, CA 94545, may perform a quantitative toxicological analysis on the four samples of the contraband allegedly obtained from Ms. Jones and her co-defendant as set forth in Counts 1 through 2 of the Superseding Indictment, as directed by Ethan A. Balogh.  The parties shall arrange for the delivery of the alleged contraband to Forensic Analytical Sciences, which the parties have agreed shall take place on August 20, 2009, at 10:00 a.m. and may take place at any other mutually convenient time as arranged by the parties, at which time Forensic

Analytical Sciences shall then (under supervision by law enforcement and counsel) (1) weigh the alleged contraband, (2) take the minimum sample size necessary for the analysis—which shall be "milligrams" and (3) return the alleged contraband to law enforcement to be returned to that agency and re-booked into evidence.  The sample size taken shall be that which is minimally sufficient for testing and small enough such that the sample is consumed during the testing.

**IT IS SO ORDERED.**

Dated:   8/24/2009



_____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE