1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                      NORTHERN DISTRICT OF CALIFORNIA

7

8    UNITED STATES OF AMERICA,                No. CR 08-0887  MHP

9              Plaintiff(s),                  **CLERK'S NOTICE**

10      v.

11   WICKETT MORRIS, CYNTHIA JONES,

12             Defendant(s).
     _____/

13

14          Counsel are hereby notified that a further Status Conference is calendared for **September 14,**

15   **2009 at 10:00 a.m.**, before the Honorable Marilyn Hall Patel.

16

17                                           Richard W. Wieking
                                             Clerk, U.S. District Court
18

19

20   Dated:  September 9, 2009               _____
                                             Anthony Bowser, Deputy Clerk to the
21                                           Honorable Marilyn Hall Patel
                                                     (415) 522-3140
22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California