COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
225 Bush Street, Suite 1600
San Francisco, CA 94104
Direct: 415.439.8347
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
CYNTHIA JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  08-0887 MHP |
| Plaintiff, | |
| | STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF SUPERVISED RELEASE |
| v. | |
| CYNTHIA JONES | Before the Honorable Marilyn H. Patel United States District Judge |
| Defendant. | |

WHEREAS, on March 10, 2009, defendant Cynthia Jones was arrested on the Superseding Indictment;

WHEREAS, on March 23, 2009, United States Magistrate Judge Edward M. Chen heard the United States's Petition for Pretrial Detention of Ms. Jones;

WHEREAS, on March 23, 2009, Magistrate Judge Chen denied the United States's petition, and set forth a combination of conditions of release that would reasonably assure Ms. Jones's presence at all proceedings in this case, as well as reasonably assure the safety of the community in which she resides;

WHEREAS, one of those terms was that Ms. Jones reside in a residential drug treatment facility as directed by Pretrial Services;

WHEREAS, Ms. Jones has been a resident of the Centerpoint drug treatment facility in San Rafael, California since March 2009;

1   WHEREAS, Ms. Jones has met all of the conditions of her release, including arriving
2 timely at every court appearance held in this matter;
3   WHEREAS, Centerpoint has determined that Ms. Jones has completed the residential
4 portion of its treatment program, and recommends that Ms. Jones move to transitional housing as
5 the next step in her progress; and
6   WHEREAS, Pretrial Services (Gibson, V.) has arranged for Ms. Jones to be transfered
7 from the Centerpoint residential treatment facility to Centerpoint's transitional housing, located
8 at 519 Bell Street, San Rafael California;
9   IT IS HEREBY STIPULATED AND AGREED that the Court shall modify the
10 conditions of Ms. Jones's release to permit this change in residence, and to permit Ms. Jones to
11 reside at the Centerpoint transitional housing facility, and to have all other terms and conditions
12 of her release to remain in full effect.
13   IT IS SO STIPULATED

15   JOSEPH P. RUSSONIELLO                COLEMAN & BALOGH LLP

17   */s/ Will Frentzen*                         */s/ E A Balogh*
    By: William Frentzen                        By: Ethan A. Balogh
18  Counsel for the United States               Counsel for Cynthia Jones.

20   Based on the foregoing and for good cause shown, the terms and conditions of defendant
21 Cynthia Jones's pretrial release are HEREBY MODIFIED to permit her to move from the
22 Centerpoint residential drug treatment facility to Centerpoint's transitional housing. All other
23 conditions of Ms. Jones's pretrial release remain in full effect.
24   IT SO ORDERED.

26 DATED: 10/23/09

