JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24221)
CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: william.frentzen@usdoj.gov
           cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CYNTHIA JONES,<br><br>    Defendant. | **No. CR 08-0887 MHP**<br><br>**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME BETWEEN SEPTEMBER 29, 2009 AND NOVEMBER 12, 2009 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT**<br>**(18 U.S.C. § 3161)** |

    The defendant, Cynthia Jones, represented by Ethan A. Balogh, and the government, represented by William Frentzen and Cynthia M. Frey, Assistant United States Attorneys, appeared before the Court on October 28, 2009 for a pre-trial motions hearing.  The Court originally set a hearing on all outstanding motions for September 29, 2009, however that hearing was continued to October 28, 2009.  A further hearing on all outstanding pre-trial motions is now scheduled for November 12, 2009.

    Since August 5, 2009, several pretrial motions have been filed by the defendants in this case.  The parties previously stipulated that time be excluded under the Speedy Trial Act between August 5, 2009 and September 29, 2009, as delay resulting from any pretrial motion

STIPULATION AND ORDER EXCLUDING TIME
CR 08-0887 MHP

1   from the filing of the motion through the conclusion of the hearing on, or other prompt
2   disposition of, such motion.  18 U.S.C. § 3161(h)(1)(D).  Accordingly, the parties now stipulate
3   that time also be excluded under the Speedy Trial Act between September 29, 2009 and
4   November 12, 2009, as delay resulting from any pretrial motion from the filing of the motion
5   through the conclusion of the hearing on, or other prompt disposition of, such motion.  18 U.S.C.
6   § 3161(h)(1)(D).  In addition, the defendant agrees to exclude for this period of time any time
7   limits applicable under 18 U.S.C. § 3161.

9   SO STIPULATED:

10              JOSEPH P. RUSSONIELLO
                United States Attorney

13   DATED: October 29, 2009           /s/
                                       WILLIAM FRENTZEN
                                       CYNTHIA M. FREY
14                                     Assistant United States Attorney

16   DATED: October 29, 2009           /s/
                                       ETHAN A. BALOGH
17                                     Attorney for Cynthia Jones

STIPULATION AND ORDER EXCLUDING TIME
CR 08-0887 MHP                         2


1    The Court finds that the time between September 29, 2009 and November 12, 2009
2    should properly be excluded from computation under the Speedy Trial Act as delay resulting
3    from any pretrial motion from the filing of the motion through the conclusion of the hearing on,
4    or other prompt disposition of, such motion.  18 U.S.C. § 3161(h)(1)(D).
5
6    Therefore, IT IS HEREBY ORDERED that the time between September 29, 2009 and
7    November 12, 2009 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.
8    § 3161(h)(1)(D).
9
10   DATED:  11/2/2009

