JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24221)
CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: william.frentzen@usdoj.gov
           cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WICKETT D. MORRIS,<br><br>    Defendant. | **No. CR 08-0887 MHP**<br><br>**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME BETWEEN NOVEMBER 12, 2009 AND JANUARY 20, 2010 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

     The defendant, Wickett Morris, represented by Lynn M. Keslar and Paul Delano Wolf, and the government, represented by William Frentzen and Cynthia M. Frey, Assistant United States Attorneys, appeared before the Court on November 12, 2009 for a further pre-trial motions hearing.  The Court ordered a further evidentiary hearing for November 18, 2009.  At that time, the Court set a further pre-trial motions hearing for December 16, 2009.  At the hearing on December 16, 2009, the Court set the pre-trial conference for January 20, 2010.

     Since August 5, 2009, several pretrial motions have been filed by the defendants in this case.  The parties previously stipulated that time be excluded under the Speedy Trial Act between September 29, 2009 and November 12, 2009, as delay resulting from any pretrial

STIPULATION AND ORDER EXCLUDING TIME
CR 08-0887 MHP

1  motion from the filing of the motion through the conclusion of the hearing on, or other prompt
2  disposition of, such motion.  18 U.S.C. § 3161(h)(1)(D).  Accordingly, the parties now stipulate
3  that time also be excluded under the Speedy Trial Act between November 12, 2009 and
4  December 16, 2009, as delay resulting from any pretrial motion from the filing of the motion
5  through the conclusion of the hearing on, or other prompt disposition of, such motion.  18 U.S.C.
6  § 3161(h)(1)(D).
7       In addition, several motions *in limine* were filed in this case by defendant on September
8  8, 2009.  The hearing on those motions *in limine* is not scheduled until January 20, 2010.
9  Accordingly, the parties stipulate that time is also properly excluded under the Speedy Trial Act
10 through January 20, 2010, as delay resulting from any pretrial motion from the filing of the
11 motion through the conclusion of the hearing on, or other prompt disposition of, such motion.  18
12 U.S.C. § 3161(h)(1)(D).
13      In addition, the defendant agrees to exclude for this period of time any time limits
14 applicable under 18 U.S.C. § 3161.

16 SO STIPULATED:

17                                        JOSEPH P. RUSSONIELLO
                                           United States Attorney
18

19
   DATED: December 22, 2009                              /s/
20                                         WILLIAM FRENTZEN
                                           CYNTHIA M. FREY
21                                         Assistant United States Attorney

22

23 DATED: December 22, 2009                              /s/
                                           LYNN M. KESLAR
24                                         Attorney for Wickett Morris

STIPULATION AND ORDER EXCLUDING TIME
CR 08-0887 MHP                              2

1    The Court finds that the time between November 12, 2009 and January 20, 2010 should
2  properly be excluded from computation under the Speedy Trial Act as delay resulting from any
3  pretrial motion from the filing of the motion through the conclusion of the hearing on, or other
4  prompt disposition of, such motion.  18 U.S.C. § 3161(h)(1)(D).
5
6    Therefore, IT IS HEREBY ORDERED that the time between November 12, 2009 and
7  January 20, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §
8  3161(h)(1)(D).
9
10 DATED: _1/4/2010_____

   MARILYN HALL PATEL
   United States District Judge

   IT IS SO ORDERED
   Judge Marilyn H. Patel