1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WILLIAM FRENTZEN (LABN 24221)
   CYNTHIA M. FREY (CABN 150571)
5  Assistant United States Attorney
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: william.frentzen@usdoj.gov
8              cynthia.frey@usdoj.gov

9  Attorneys for Plaintiff

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                   SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0887 MHP |
|    Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
|            ) | **ORDER REGARDING PROCEDURES** |
|    v.      ) | **FOR DISCLOSURE OF PERSONNEL** |
|            ) | **FILES REGARDING SAN FRANCISCO** |
| WICKETT MORRIS and CYNTHIA ) | **POLICE DEPARTMENT OFFICERS** |
| JONES,      ) | |
|             ) | |
|    Defendants. ) | |

   The parties submit this stipulation to employ the following protective procedures for making disclosures of any personnel files of officers of the San Francisco Police Department ("SFPD") produced in this case.

   1.   The parties agree that it is appropriate to restrict disclosure of the personnel files of officers of the SFPD solely to defendants' counsel and any other member of defendants' trial teams, including the investigative firm or any expert witnesses assisting in the preparation of the defense, in the above captioned matter and solely for use in preparing for and conducting the trial of the above-captioned matter.  The parties agree that the persons described in the previous

1 sentence should be barred from distributing personnel files of officers of the SFPD to any other
2 person or entity.
3     2.    The above referenced materials produced in this case may not be distributed to
4 either defendant in this case.  However, those persons authorized in paragraph 1 may discuss the
5 information contained in those materials with the defendants, as long as no personal contact
6 information (addresses, dates of birth, Social Security numbers, phone numbers, etc.) of the
7 police officers and/or the complainants are provided to the defendants.  Should any materials be
8 shown to the defendants, the personal contact information of the police officers or the
9 complainants must be redacted.   Such materials produced in this case may not be retained by the
10 defendants.
11     3.    Disclosure of the personnel files of officers of the SFPD to the above authorized
12 individuals is limited to use in the above captioned matter and solely for use in preparing for and
13 conducting the trial of the above-captioned matter, as well as, if applicable, appeal or habeas
14 proceedings relating to the above-captioned matter.
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION AND [PROPOSED] ORDER RE PROCEDURES FOR DISCLOSURE
CR 08-0887 MHP                                        2

1    4.   On final disposition of this case, including through any appeal or habeas corpus
2 proceedings, counsel shall promptly, without request or further court order, return all produced
3 personnel files of the officer of the SFPD to Assistant United States Attorneys William Frentzen
4 and/or Cynthia Frey, or certify the destruction of the files to Assistant United States Attorneys
5 William Frentzen and/or Cynthia Frey, or to the responsible Assistant United States Attorney of
6 record on this matter.   The parties agree that this Stipulation and Order also extends to successor
7 counsel for the defendants and the undersigned counsel for the defendants are required to alert
8 any successor of the obligations of this Stipulation and Order.
9 IT IS SO STIPULATED:

11 DATED: January 6, 2010            JOSEPH P. RUSSONIELLO
                                    United States Attorney

                                           /s/
14                                  WILLIAM FRENTZEN
                                    CYNTHIA M. FREY
15                                  Assistant United States Attorneys

17 DATED: January 6, 2010                   /s/
                                    LYNN M. KESLAR
18                                  Attorney for Wickett Morris

20
   DATED: January 6, 2010                   /s/
21                                  PAUL D. WOLF
                                    Attorney for Wickett Morris

23
   DATED: January 6, 2010                   /s/
24                                  ETHAN A. BALOGH
                                    Attorney for Cynthia Jones

STIPULATION AND [PROPOSED] ORDER RE PROCEDURES FOR DISCLOSURE
CR 08-0887 MHP                            3

1    IT IS THE ORDER OF THE COURT, that the above described protections shall
2    apply to the records produced to the defendants pursuant to this Order:
3
4
5    DATED: __1/6/2010_____      _____
6                                      MARILYN HALL PATEL
7

8
9
10
11
12

STIPULATION AND [PROPOSED] ORDER RE PROCEDURES FOR DISCLOSURE
CR 08-0887 MHP                              4