1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24221)
   CYNTHIA M. FREY (CABN 150571)
5  Assistant United States Attorney
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: william.frentzen@usdoj.gov
8              cynthia.frey@usdoj.gov

9  Attorneys for Plaintiff

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,           )   No. CR 08-0887 MHP
                                       )
15      Plaintiff,                     )   STIPULATION AND [PROPOSED]
                                       )   ORDER EXCLUDING TIME
16     v.                              )   BETWEEN NOVEMBER 12, 2009 AND
                                       )   THROUGH THE PENDENCY OF THE
17 CYNTHIA JONES,                      )   APPEAL FILED ON OCTOBER 8, 2009
                                       )   FROM CALCULATIONS UNDER THE
18      Defendant.                     )   SPEEDY TRIAL ACT
                                       )   (18 U.S.C. § 3161)
19 _____)

20         The defendant, Cynthia Jones, represented by Ethan A. Balogh, and the government,

21 represented by William Frentzen and Cynthia M. Frey, Assistant United States Attorneys,

22 appeared before the Court on November 12, 2009 for a further pre-trial motions hearing.  The

23 Court ordered a further evidentiary hearing for November 18, 2009.  At that time the Court set a

24 further pre-trial motions hearing for December 16, 2009.  At the hearing on December 16, 2009,

25 the Court set the trial as to defendant, Jones, for March 23, 2010 and the pre-trial conference for

26 March 11, 2010.

27         Since August 5, 2009, several pretrial motions have been filed by the defendants in this

28 case.  The parties previously stipulated that time be excluded under the Speedy Trial Act between

STIPULATION AND ORDER EXCLUDING TIME
CR 08-0887 MHP

1  September 29, 2009 and November 12, 2009, as delay resulting from any pretrial motion from
2  the filing of the motion through the conclusion of the hearing on, or other prompt disposition of,
3  such motion.  18 U.S.C. § 3161(h)(1)(D).  Accordingly, the parties now stipulate that time also
4  be excluded under the Speedy Trial Act between November 12, 2009 and December 16, 2009, as
5  delay resulting from any pretrial motion from the filing of the motion through the conclusion of
6  the hearing on, or other prompt disposition of, such motion.  18 U.S.C. § 3161(h)(1)(D).
7       In addition, on October 8, 2009, the United States filed a Notice of Appeal as to the
8  Court's Order on defendant, Jones's, Motion to Strike.  Accordingly, the parties stipulate that
9  time is also properly excluded under the Speedy Trial Act during the pendency of the appeal filed
10  on October 8, 2009, as a delay resulting from any interlocutory appeal.  18  U.S.C. §
11  3161(h)(1)(C).
12       The defendant agrees to exclude for this period of time any time limits applicable under
13  18 U.S.C. § 3161.
14  SO STIPULATED:

15                                  JOSEPH P. RUSSONIELLO
                                United States Attorney
16

17
18  DATED: January 8, 2010                  /s/
                                WILLIAM FRENTZEN
                                CYNTHIA M. FREY
19                                  Assistant United States Attorney

20
21  DATED: January 8, 2010                  /s/
                                ETHAN A. BALOGH
22                                  Attorney for Cynthia Jones
23
24
25
26
27
28

1   The Court finds that the time between November 12, 2009 and December 16, 2009
2   should properly be excluded from computation under the Speedy Trial Act as delay resulting
3   from any pretrial motion from the filing of the motion through the conclusion of the hearing on,
4   or other prompt disposition of, such motion.  18 U.S.C. § 3161(h)(1)(D).   The Court also finds
5   that the time from October 8, 2009, when the United States filed a Notice of Appeal, until
6   resolution of the appeal is also properly excluded as a delay resulting from any interlocutory
7   appeal.  18  U.S.C. § 3161(h)(1)(C).
8
9   Therefore, IT IS HEREBY ORDERED that the time between November 12, 2009 and
10  through the pendency of the appeal filed on October 8, 2009 shall be excluded from computation
11  under the Speedy Trial Act.  18 U.S.C. § 3161(h)(1)(C) and (D).
12
13  DATED: _1/12/2010_____       _____
14                                   MARILYN HALL PATEL
                                     United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*